In re Estate of Melbert W. Lorch.

State Mutual Life Assurance Company, appellant, v. Harry S. Lorch, appellee. Gen. No. 38,474.

Opinion filed
May 26, 1936. Rehearing denied June 12, 1936.

Defrees, Buckingham, Jones & Hoffman, for appellant; Arthur O. Graves, of counsel. Blech & Herson and Reuben Freedman, for appellee.

Mr. Justice John J. Sullivan delivered the opinion of the court.